UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>RODNEY PHILLIP GUNNELS,<br><br>        Defendant. | Case No.: 18cr3529-WQH<br><br>**ORDER** |

HAYES, Judge,

On March 3, 2025, the Court revoked Defendant Rodney Phillip Gunnels' supervised release in the above-captioned case and sentenced Defendant to the custody of the Bureau of Prisons for 12 months to run consecutively to the state court sentence in case number SCD298076. (ECF No. 66.)

On July 23, 2025, the Clerk of Court filed a letter written by Defendant, proceeding pro se, "asking for [Defendant's] release date." (ECF No. 70 at 1.)

According to the Bureau of Prisons' website, Defendant's current projected release date is December 5, 2025.[1] To the extent Defendant seeks review of the Bureau of Prisons' computation of his release date, Defendant must first exhaust the administrative remedies available by the Bureau of Prisons prior to seeking judicial review. *See United States v. Wilson*, 503 U.S. 329, 334–35 (1992).

Dated: July 31, 2025

                                               Hon. William Q. Hayes
                                               United States District Court

---

[1] *See* https://www.bop.gov/inmateloc/.